IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANGELA L. HILL**                                                                                              **PLAINTIFF**

V.                    No. 4:23-CV-00483-JM-ERE

**KILOLO KIJAKAZI, Acting**
**Commissioner of Social Security**                                                   **DEFENDANT**

**JUDGMENT**

Consistent with the Order entered today, the Commissioner's decision is AFFIRMED.

Judgment is entered in favor of the Commissioner. This case is closed.

IT IS SO ORDERED this 28th day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE